IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION



United States of America,  Case No. 3:07 CR 571

    Plaintiff,  SENTENCING ORDER
  RE: CONDITIONS OF
-vs-  <u>SUPERVISED RELEASE</u>

Ronald David Cole,  JUDGE JACK ZOUHARY

    Defendant.

### STANDARD CONDITIONS

While on supervised release, Defendant shall not commit another federal, state, or local crime, shall not illegally possess a controlled substance, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

**Firearms and Dangerous Weapons**
Defendant shall not possess or use firearms, destructive devices or dangerous weapons.

**Search and Seizure**
Defendant shall submit his person, residence, place of business, computer, or vehicle to a warrantless search, conducted and controlled by the Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. Defendant shall inform any other residents that the premises may be subject to such a search.

**Mental Health Treatment**
Defendant shall participate in an outpatient mental health treatment program as directed by the Probation Officer.

**Financial Disclosure**
Defendant shall provide the Probation Officer with access to any requested financial information.

**DNA Collection**
Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

I have reviewed and understand the above additional conditions of my sentence.

Date: September 15, 2008

_____
Ronald David Cole, Defendant

_____
Donald H. Cameron, Attorney

IT IS SO ORDERED

_____
Judge Jack Zouhary